David MATSUURA, individually and dba Orchid Isle Nursery, and Stephen Matsuura, individually and dba Hawaiian Dendrobium Farm, Plaintiffs-counter, defendants-Appellants,

v.

ALSTON & BIRD, a Georgia partnership including professional corporations, Defendant,

and

E.I. Dupont De Nemours and Company, Inc., a Delaware Corporation, Defendant-counter, plaintiff-Appellee.

David Matsuura, individually dba Orchid Isle Nursery; Stephen Matsuura, individually dba Hawaiian Dendrobium Farm, Plaintiffs–Appellants,

v.

E.I. Dupont De Nemours and Company, Inc., a Delaware Corporation, Defendant–Appellee.

Nos. 97–16400, 97–17033.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 9, 1998.

Filed Feb. 2, 1999.

Amended June 25, 1999.

Stephen T. Cox, Molligan, Cox & Moyer, San Francisco, California, for the plaintiffs-appellants.

William H. Boice and A. Stephens Clay, Kilpatrick Stockon, Atlanta, Georgia, for the defendant-appellee.

Before: BROWNING, GOODWIN, and SCHROEDER, Circuit Judges.

The opinion filed February 2, 1999 [166 F.3d 1006], is modified as follows:

*Section II, second paragraph, first and second sentences [166 F.3d at 1008]*: delete first sentence and add the following footnote to end of the second sentence:

[FN] DuPont makes a bare assertion in a footnote that *DiSabatino* was wrongly decided, but devotes its argument to distinguishing the case.

The petition for rehearing en banc is denied. The request for certification and the motion for a stay of proceedings are denied.